UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3234-GW-JEMx | Date | September 15, 2022 |
|---|---|---|---|
| Title | *Eric Cleveland v. Yong Hwan Yi, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on September 14, 2022. The Court hereby vacates the order to show cause re lack of prosecution, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for November 17, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on November 10, 2022.

                                                                                                              :

                                                        Initials of Preparer    JG