# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>YONG HWAN YI, an individual; KA SE CHA YI, an individual; and Does 1-10,<br><br>    Defendants. | Case No.: 2:22-cv-03234-GW-JEM<br><br>*Hon. George H. Wu*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: May 1, 2022<br>Trial Date:   Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendants Yong Hwan Yi and Ka Se Cha Yi, an individual is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 8, 2022

Hon. George H. Wu
United States District Judge